United States District Court
Southern District of Texas

**ENTERED**

TX/SD/JS-14

January 21, 2020

David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| **RECUSAL ORDER** | **CIVIL ACTION NUMBER M-20-011** |
| Style | UNITED STATES OF AMERICA<br>VS.<br>6.281 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, STATE OF TEXAS; RUMALDA V. GOMEZ, ET AL. |
| ORDER | I stand recused in this case.<br><br>Signed: *[signature]*<br><br>Ricardo H. Hinojosa<br>United States District Judge<br><br>Date: 1/21, 2020 |

| | |
|---|---|
| **REASSIGNMENT** | This case is reassigned to:<br><br>**MICAELA ALVAREZ**<br><br>DAVID J. BRADLEY<br>United States District Clerk<br><br>By: *[signature]*<br>Deputy Clerk |