IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 7:20-CV-0011 |
| 6.281 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; RUMALDA V. GOMEZ, *ET AL*. | § § § § § § | |
| *Defendants.* | § | |

___

## ORDER
___

THIS CAUSE is before the Court on the Notice of Disclaimer, filed by Plaintiff, regarding the Disclaimer executed by FIDEL ALVAREZ (Dkt. #___). After reviewing the Disclaimer and the file in this cause, it is ORDERED AND ADJUDGED that FIDEL ALVAREZ is hereby DISMISSED from this cause.

SO ORDERED, this _____ day of _____, 2020.

_____
**MICAELA ALVAREZ**
United States District Judge