# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

**TEXAS DEPARTMENT OF HEALTH**
**REC'D MAY 13 1974**
**BUREAU OF VITAL STATISTICS**

**STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO. 142-74-057455**

1. PLACE OF BIRTH
   - a. COUNTY: Starr
   - b. CITY OR TOWN: Roma
   - c. NAME OF HOSPITAL OR INSTITUTION: Manuel Ramirez Memorial Hosp.
   - d. IS PLACE OF BIRTH INSIDE CITY LIMITS: YES

2. USUAL RESIDENCE OF MOTHER
   - a. STATE: Texas
   - b. COUNTY: Starr
   - c. CITY OR TOWN: Rio Grande City, Texas
   - d. STREET ADDRESS: Starr Rt. Box 57D
   - e. IS RESIDENCE INSIDE CITY LIMITS: NO
   - f. IS RESIDENCE ON A FARM: NO

3. NAME OF CHILD: Marlene Alvarez
4. DATE OF BIRTH: ██ ██ 74
5. SEX: female
6. THIS BIRTH: SINGLE

7. FATHER: Reynaldo Alvarez
8. COLOR OR RACE: white
9. AGE: 33 YEARS
10. BIRTHPLACE: Texas
11. USUAL OCCUPATION: Truck Driver

12. MOTHER MAIDEN NAME: Elodia Saldivar
13. COLOR OR RACE: white
14. AGE: 33 YEARS
15. BIRTHPLACE: Mexico
16. CHILDREN PREVIOUSLY BORN: 4 living, 0 dead, 1

Signed: Elodia S. Alvarez
ATTENDANT: Sigifred R. Gonzales, M.D.
ATTENDANT'S ADDRESS: Box 188, Roma, Texas
3:42 p.
DATE SIGNED: 4-29-74

REGISTRAR'S FILE NO.: 664
DATE REC'D BY LOCAL REGISTRAR: May 7, 1974
REGISTRAR'S SIGNATURE: Minerva R. Guerra

Q004 76125



**GOVERNMENT EXHIBIT 1**

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED MAY 12 2011

Geraldine R. Harris
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE