IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:20-CV-0011 |
| 6.281 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND RUMALDA V. GOMEZ, *ET AL.*, | § § § § § § | |
| *Defendants.* | | |

### AFFIDAVIT OF FACTS CONCERNING THE IDENTITY OF THE HEIRS OF DAVID DEWAYNE LOPEZ, DECEASED

In accordance with the provisions of 28 U.S.C. § 1746, I, ELISABEL LOPEZ, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury:

1. My name is <u>ELISABEL LOPEZ</u>, and I live at: ▮▮▮▮▮▮▮▮▮▮▮▮, <u>Mission, Texas 78574</u>.

    I am personally familiar with the family and marital history of: <u>David Dewayne Lopez</u> ("Decedent") and I have personal knowledge of the facts stated in this affidavit.

2. I knew Decedent from ▮▮▮▮▮ <u>1989</u> until <u>March 25, 2018</u>. Decedent Died on <u>March 25, 2018</u>, in <u>Starr County, Texas</u>.

    At the time of Decedent's death, Decedent's residence was located in <u>Rio Grande City, Texas 78582</u>.

1


GOVERNMENT EXHIBIT 2

3. Decedent's marital history was as follows, <u>Decedent was married one (1) time.</u>

| Name of Spouse | Date of Marriage | Date of Divorce | Date of Spouse's Death | Number of Children |
|---|---|---|---|---|
| San Juanita Garza | December 1985 | August 1995 | N/A | 2 |
|  |  |  |  |  |

The Decedent died <u>single.</u>

4. Decedent's parents were:

| Decedent's Parents | Parent's Name/Address | Parent's Date of Death |
|---|---|---|
| MOTHER | Delia A. Lopez | January 27, 2012 |
|  | Rio Grande City, Texas 78582 |  |
| FATHER | Exiquio Lopez | February 20, 2002 |
|  | Port Lavaca, Texas 77979 |  |

5. Decedent had <u>  2  </u> children, including <u>  0  </u> adopted children:

| Name of Child (Relationship) / Current Address | Name of Child's Other Parent | Date of Birth | Date of Death |
|---|---|---|---|
| 1. Abel David Lopez | San Juanita Garza | 1991 | N/A |
| Mission, Texas 78573 |  |  |  |
| 2. Elisabel Lopez | San Juanita Garza | 1989 | N/A |
| Mission, Texas 78574 |  |  |  |

6. Include if Decedent was not survived by descendants or by either, father and mother

   Decedent had the following siblings: <u>  N/A  </u>.

7. The following persons have knowledge regarding the Decedent, the identity of

   Decedent's children, parents, or siblings, if any:

   Name: <u>ELISABEL LOPEZ</u>

   Address: <u>                    , Mission, Texas 78574</u>

2

Phone: ▓▓▓▓▓

Name: <u>ABEL DAVID LOPEZ</u>

Address: ▓▓▓▓▓, Mission, Texas 78573

Phone: ▓▓▓▓▓

8. Decedent died <u>without leaving a written will.</u>

9. There <u>has not been</u> an administration of Decedent's estate.

10. Decedent left no debts that are unpaid, except: <u>None.</u>

11. There are no unpaid estate or inheritance taxes, except: <u>None.</u>

12. To the best of my knowledge, Decedent owned an interest in the real property that is the subject of the condemnation action styled *United States of America vs. 6.281 Acres of Land, More or Less, Situated in Starr County, State of Texas; and Rumalda V. Gomez, et al.*; Civil Cause No. 7:20-cv-0011.

I declare under penalty of perjury that the foregoing is true and correct:

Signature: *Elisabel Lopez*

Printed Name: Elisabel Lopez

Title (if any): _____

Executed on: May 19, 2020 at Mission, TX, USA.
    (Date)          (City, State, Country)

Address: ▓▓▓▓▓ Mission, TX, 78574

Telephone: ▓▓▓▓▓

3