IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:20-CV-0011 |
| | § | |
| 6.281 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND RUMALDA V. | § | |
| GOMEZ, *ET AL.*, | § | |
| | § | |
| *Defendants.* | § | |

### AFFIDAVIT OF FACTS CONCERNING THE IDENTITY OF THE HEIRS OF EXIQUIO RAUL LOPEZ, JR., DECEASED

In accordance with the provisions of 28 U.S.C. § 1746, I, LILLIANA LEE LOPEZ, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury**:**

1. My name is LILLIANA LEE LOPEZ, and I live at: ▆▆▆▆▆▆▆▆, Pasadena, Texas 77502.

    I am personally familiar with the family and marital history of: Exiquio Raul Lopez, Jr., ("Decedent") and I have personal knowledge of the facts stated in this affidavit.

2. I knew Decedent from ▆▆▆▆▆▆ 1980 until January 15, 2013. Decedent Died on January 15, 2013, in Starr County, Texas.

    At the time of Decedent's death, Decedent's residence was located at ▆▆▆▆▆▆ ▆▆▆▆ Rio Grande City, Texas 78582.

1



2. Decedent's marital history was as follows, <u>Decedent was married one (1) time.</u>

| Name of Spouse | Date of Marriage | Date of Divorce | Date of Spouse's Death | Number of Children |
|---|---|---|---|---|
| Migdalia Lopez | 1984 | N/A | N/A | 8 |
|  |  |  |  |  |

The Decedent died married to <u>Migdalia Lopez.</u>

4. Decedent's parents were:

| Decedent's Parents | Parent's Name/Address | Parent's Date of Death |
|---|---|---|
| MOTHER | Delia A. Lopez | January 27, 2012 |
|  | Rio Grande City, Texas 78582 |  |
| FATHER | Exiquio Lopez | February 20, 2002 |
|  | Port Lavaca, Texas 77979 |  |

5. Decedent had  8  children, including  1  adopted child:

| Name of Child (Relationship) / Current Address | Name of Child's Other Parent | Date of Birth | Date of Death |
|---|---|---|---|
| 1. Exiquio Raul Lopez, III<br>Pasadena, TX 77502 | Migdalia Lopez | 1987 | N/A |
| 2. Lilliana Lee Lopez<br>Pasadena, TX 77502 | Migdalia Lopez | 1980 | N/A |
| 3. Amy Yvonne Lopez<br>Rio Grande City, TX 78582 | Migdalia Lopez | 1982 | N/A |
| 4. Maria Teresa Lopez<br>Pasadena, TX 77502 | Migdalia Lopez | 1978 | N/A |
| 5. Miracle Nichole Lopez<br>Pasadena, TX 77502 | Migdalia Lopez | 1997 | N/A |
| 6. Tracy Monique Lopez<br>Pasadena, TX 77502 | Migdalia Lopez | 1990 | N/A |
| 7. Eli Rey Lopez | Migdalia Lopez | 1994 | N/A |

| | | | |
|---|---|---|---|
| ▮▮▮▮▮<br>Hutchinson, MN 55350 | | | |
| 8. Eric Randy Lopez | Migdalia Lopez | ▮ 1992 | N/A |
| ▮▮▮▮▮<br>Hutchinson, MN 55350 | | | |

6. Include if Decedent was not survived by descendants or by either, father and mother Decedent had the following siblings: <u>N/A</u>.

7. The following persons have knowledge regarding the Decedent, the identity of Decedent's children, parents, or siblings, if any:

    Name: <u>LILLIANA LEE LOPEZ</u>

    Address: ▮▮▮▮▮, Pasadena, Texas 77502

    Phone: ▮▮▮▮▮

    Name: <u>MIRACLE NICHOLE LOPEZ</u>

    Address: ▮▮▮▮▮, Pasadena, Texas 77502

    Phone: ▮▮▮▮▮

8. Decedent died <u>without leaving a written will.</u>

9. There <u>has not been</u> an administration of Decedent's estate.

10. Decedent left no debts that are unpaid, except: <u>None.</u>

11. There are no unpaid estate or inheritance taxes, except: <u>None.</u>

12. To the best of my knowledge, Decedent owned an interest in the real property that is the subject of the condemnation action styled *United States of America vs. 6.281 Acres of Land, More or Less, Situated in Starr County, State of Texas; and Rumalda V. Gomez, et al.*; Civil Cause No. 7:20-cv-0011.

I declare under penalty of perjury that the foregoing is true and correct:

3

Signature: *Lilliana L. Lopez*

Printed Name: Lilliana L. Lopez

Title (if any): _____

Executed on: 05-18-2020 at Pasadena, TX, USA
(Date)                  (City, State, Country)

Address: ███████████

Telephone: ███████████