IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:20-CV-011 |
| 6.281 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS, *ET AL.*, | § § § § § | |
| *Defendants.* | § | |

___

### ORDER TO ADD PARTIES
___

Pursuant to the Opposed Motion to Add Parties (Docket No. \_\_\_\_), signed by the Plaintiff, United States of America, **IT IS HEREBY ORDERED AND ADJUDGED**, that Marlene Alvarez Guerra, Elisabel Lopez, Abel David Lopez, Migdalia Lopez, Exiquio Raul Lopez, III, Lilliana Lee Lopez, Amy Yvonne Lopez, Maria Teresa Lopez, Miracle Nichole Lopez, Tracy Monique Lopez, Eli Rey Lopez, and Eric Randy Lopez are **ADDED** as Defendants to this case.

**DONE AND ORDERED**, in chambers, at _____, Texas, this _____ day of _____, 20_____.

_____
**MICAELA ALVAREZ**
United States District Judge
