United States District Court
Southern District of Texas
**ENTERED**
November 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| 6.281 acres of land, more or less, in STARR COUNTY, TEXAS and RUMALDA V. GOMEZ, et al., | § | CIVIL ACTION NO. 7:20-cv-00011 |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers its September 22, 2020 order setting a November 10, 2020 hearing for the United States to show cause for its failure to serve all interested parties.[1] In light of the proclamations and orders of various authorities recognizing the COVID-19 pandemic and limiting travel and person-to-person contact,[2] the Court **ORDERS** that the November 10th hearing will be conducted using the Zoom for Government videoconference application (www.zoomgov.com). Courtroom business attire will be required of all attorneys during the conference. Laptops with a camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details regarding the methods of participation in the videoconference to the parties on the

---

[1] Dkt. No. 76.
[2] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); *In Re: Court Operations in the McAllen Divison* [sic] *Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Spec. Order No. M-2020-10 (S.D. Tex. Nov. 2, 2020), https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2020-09%20Court%20Operations%20in%20McAllen%20During%20COVID-19.pdf.

business day prior to the scheduled hearing. All parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 9th day of November 2020.

                                                _____
                                                      Micaela Alvarez
                                             United States District Judge