**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:20-CV-011 |
| | § | |
| 6.281  ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS, *ET AL.,* | § | |
| | § | |
| *Defendants.* | § | |

---

## CERTIFICATE OF COMMENCEMENT OF SERVICE BY PUBLICATION

---

The Plaintiff,  United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Texas, hereby certifies that he believes that the Defendant named below cannot be personally served, because after diligent  inquiry within the State of Texas, her place(s) of residence and/or business cannot be ascertained by the Plaintiff, or if ascertained, the place(s) or residence and/or business of said Defendant is beyond the territorial limits  of personal service as provided in Fed. R. Civ. P. 71.1. As such, the undersigned Assistant United States Attorney will commence service by publication in accordance with Fed. R. Civ. P. 71.1(d)(3)(B).

**PARTY:**

1.  Iris Lopez a/k/a Iris Garza[1]

---

[1] *See* Dkt No. 80, Amended Schedule GGG.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail:  Roland.Ramos@usdoj.gov
Attorney in Charge for the United States of
America

## CERTIFICATE OF SERVICE

I, Roland D. Ramos, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on November 17-18, 2020, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney