United States District Court
Southern District of Texas
**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. 7:20-cv-00011 |
| | § |
| 6.281 ACRES OF LAND, more or less, in | § |
| STARR COUNTY, TEXAS; and | § |
| RUMALDA V. GOMEZ, et al. | § |
| | § |
| Defendants. | § |
| | § |

## **ORDER**

The Court now considers the "United States of America's Unopposed Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 71.1(I)(1)(C)."[1] Therein, the United States requests the Court "set a hearing regarding dismissal of this matter pursuant to Federal Rule of Civil Procedure 71.1(i)(1)(C), and subsequently award compensation only for the title acquired over the subject property because the United States never acquired possession of the temporary easement."[2] Federal Rule of Civil Procedure 71.1(i)(1)(C) provides that "[a]t any time before compensation has been determined and paid, the court may after a motion and hearing, dismiss the action as to a piece of property.

Accordingly, the Court **ORDERS** the parties to appear for a hearing on the issue of dismissal and just compensation for the temporary taking of title to the temporary easement in this case on **Tuesday, August 17, 2021 at 9 a.m.**

---

[1] Dkt. No. 97.
[2] *Id.* at 1.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of July 2021.

_____
Micaela Alvarez
United States District Judge