UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:20-cv-00011 |
| 6.281 ACRES OF LAND, more or less, in § | |
| STARR COUNTY, TEXAS; and § | |
| RUMALDA V. GOMEZ, et al. § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court now considers "Defendant Leonel Romeo Alvarez's Unopposed Motion to Conduct August 17, 2021 Hearing by Videoconference."[1] Therein, Defendant Leonel Romeo Alvarez requests the Court conduct the August 17th hearing on dismissal and just compensation via Zoom in light of the ongoing COVID-19 pandemic and because he has recently been exposed to the virus that causes COVID-19.[2] In light of this and the recent developments with the COVID-19 pandemic,[3] the Court finds good cause to grant this request in part.

Accordingly, the Court **GRANTS** Defendant Leonel Romeo Alvarez's motion in part and **ORDERS** that the parties' August 17th hearing will be available via the Zoom for Government videoconference application (www.zoomgov.com) for any party so wishing to participate. Courtroom business attire will be required of all attorneys during the conference. Laptops with a

---

[1] Dkt. No. 99.
[2] *Id.* at 1.
[3] *In Re: Court Operations in the McAllen Divison* [sic] *Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Spec. Order No. M-2021-5 (S.D. Tex. Aug. 6, 2021).
https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2021-05%20Court%20Operations%20in%20the%20McAllen%20Division%20During%20COVID-19.pdf

camera feature, cell phones, and electronic tablets may be used as long as the ZoomGov application is functional on the device. The Court will communicate details regarding the methods of participation in the videoconference to the parties on the business day prior to the scheduled hearing. All parties intending to appear at the videoconference should have current contact information on file with the Clerk of the Court.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 16th day of August 2021.

                                                                   Micaela Alvarez
                                                 United States District Judge