UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-00011 |
| 6.281 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

By previous order entered in this case, the Court dismissed this case; established just compensation for the one year the United States held title to the easement over the property in this case; and ordered disbursement of the just compensation.[1] Pursuant to the Court's previous order,[2] it is hereby **ORDERED, ADJUDGED AND DECREED** that the one-hundred dollars and no cents ($100.00) deposited in the Registry of the Court,[3] plus any accrued interest earned thereon while on deposit, is to be **DISBURSED** in compliance with this Court's August 18, 2021 order,[4] payable as follows:

1. **$6.25** shall be payable by check to **Jose I. Villarreal** with accrued interest from the date of deposit;

2. **$6.25** shall be payable by check to **Noe Villarreal** with accrued interest from the date of deposit;

3. **$6.25** shall be payable by check to **Leticia L. Cruz** with accrued interest from the date of deposit;

---

[1] Dkt. No. 101.
[2] *Id.*
[3] Dkt. No. 6.
[4] Dkt. No. 101.

4. **$6.25** shall be payable by check to **Reynaldo Alvarez, Jr.** with accrued interest from the date of deposit;

5. **$6.25** shall be payable by check to **Norma Ruth Ozuna** with accrued interest from the date of deposit;

6. **$6.25** shall be payable by check to **Maricruz A. Zarate** with accrued interest from the date of deposit;

7. **$6.25** shall be payable by check to **Leonel Romeo Alvarez** with accrued interest from the date of deposit;

8. **$6.25** shall be payable by check to **Abel David Lopez** with accrued interest from the date of deposit;

9. **$6.25** shall be payable by check to **Migdalia Lopez** with accrued interest from the date of deposit;

10. **$6.25** shall be payable by check to **Exiquio Raul Lopez, III** with accrued interest from the date of deposit;

11. **$6.25** shall be payable by check to **Lilliana Lee Lopez** with accrued interest from the date of deposit;

12. **$6.25** shall be payable by check to **Maria Teresa Lopez** with accrued interest from the date of deposit;

13. **$6.25** shall be payable by check to **Miracle Nichole Lopez** with accrued interest from the date of deposit;

14. **$6.25** shall be payable by check to **Tracy Monique Lopez** with accrued interest from the date of deposit;

15. **$6.25** shall be payable by check to **Eli Rey Lopez** with accrued interest from the date of deposit; and

16. **$6.25** due to **Iris Lopez a/k/a Iris Garza** shall remain in the registry of the Court to be disbursed in the event she comes forward.

All claims in this case having been resolved, the Court hereby renders final judgment in accordance with Federal Rule of Civil Procedure 54. This case is terminated, and the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 18th day of August 2021.

_____
Micaela Alvarez
United States District Judge

